UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SYZAK,

    Plaintiff,

v.

ANDREA LINDHOUT, et al.,

    Defendants.
_____/

Case No. 1:16-cv-727

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 6, 2017, recommending that this Court dismiss the unidentified "Health Unit Manager" for failure to timely effect service. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. Because this Order resolves the last pending claim in this matter, a Judgment will also be entered. *See* FED. R. CIV. P. 58. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 38) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: October 2, 2017                              /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge